```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 16559
     CAROLYN BEVELLE SIBLEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
     SSN XXX-XX-4505

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/12/2007 and was confirmed 11/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/28/2008.
--------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG     8991.69           .00        8991.69
CITIMORTGAGE INC          MORTGAGE ARRE     4353.00           .00            .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG     1125.69           .00        1125.69
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE      306.37           .00            .00
FIFTH THIRD BANK          SECURED VEHIC    23000.00       1201.16        4213.74
DEVON FINANCIAL SERVICE   UNSEC W/INTER      761.77           .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     1424.59           .00            .00
PROVIDIAN                 UNSEC W/INTER   NOT FILED           .00            .00
SAMS CLUB                 UNSEC W/INTER   NOT FILED           .00            .00
FIFTH THIRD BANK          UNSEC W/INTER     1549.73           .00            .00
AMERICREDIT FINANCIAL SV  NOTICE ONLY     NOT FILED           .00            .00
LONG BEACH ACCEPTANCE     UNSEC W/INTER    10040.48           .00            .00
MELVIN J KAPLAN           DEBTOR ATTY      3,500.00                          .00
TOM VAUGHN                TRUSTEE                                        1,225.72
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               16,758.00

PRIORITY                                          .00
SECURED                                     14,331.12
    INTEREST                                 1,201.16
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,225.72
DEBTOR REFUND                                     .00
                    ---------------       ---------------
TOTALS                16,758.00             16,758.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16559 CAROLYN BEVELLE SIBLEY

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/20/08               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
         CASE NO. 07 B 16559 CAROLYN BEVELLE SIBLEY